THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Adam Winningham, Appellant.
 
 
 

Appeal From Berkeley County
  Roger M. Young, Circuit Court Judge
Unpublished Opinion No. 2008-UP-406
Submitted July 1, 2008  Filed July 17,
 2008    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz,
 III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Adam Winningham appeals his guilty plea to first-degree burglary.  He argues
 the trial judge erred by failing to treat his motion to reconsider his sentence
 as a motion to withdraw his guilty plea.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Winninghams appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED. 
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.